No. 24-_____

In the

# United States Court of Appeals
## for the Fifth Circuit

U.S. COURT OF APPEALS
RECEIVED
06/12/2024
FIFTH CIRCUIT

AIRLINES FOR AMERICA, NATIONAL AIR CARRIER ASSOCIATION, INTERNATIONAL AIR TRANSPORT ASSOCIATION, ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., HAWAIIAN AIRLINES, INC., JETBLUE AIRWAYS CORPORATION, AND UNITED AIRLINES, INC.,

*Petitioners*,

v.

DEPARTMENT OF TRANSPORTATION,

*Respondent*.

On Petition for Review of a Final Rule of the
United States Department of Transportation

**PETITION FOR REVIEW**

| | |
|---|---|
| Alisha Q. Nanda | Shay Dvoretzky |
| SKADDEN, ARPS, SLATE | *Counsel of Record* |
|   MEAGHER & FLOM LLP | Parker Rider-Longmaid |
| 500 Boylston Street | Kyser Blakely |
| Boston, MA 02116 | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| Nicole Welindt | 1440 New York Ave., NW |
| SKADDEN, ARPS, SLATE, | Washington, DC 20005 |
|   MEAGHER & FLOM LLP | Telephone: 202-371-7000 |
| 525 University Ave. | shay.dvoretzky@skadden.com |
| Palo Alto, CA 94301 | |

*Counsel for Petitioners Airlines for America (A4A), National Air Carrier Association (NACA), and International Air Transport Association (IATA)*

*(additional counsel information on inside cover)*

*(additional counsel information continued from front cover)*

Paul W. Hughes  
Andrew A. Lyons-Berg  
Nicole E. Wittstein  
MCDERMOTT WILL  
  & EMERY LLP  
500 North Capitol St. NW  
Washington, DC 20001

*Counsel for Petitioners A4A, NACA, Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corporation, and United Airlines, Inc.*

# CERTIFICATE OF INTERESTED PERSONS

**No. 24-\_\_\_\_**, *Airlines for America et al. v. Department of Transportation*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are so the judges of this Court may evaluate possible disqualification or recusal.

## I. Petitioners

Petitioner Airlines for America has no parent corporation, and no corporation holds a 10% or greater ownership interest in it.

Petitioner National Airline Carrier Association has no parent corporation, and no corporation holds a 10% or greater ownership interest in it.

Petitioner International Air Transport Association has no parent corporation, and no corporation holds a 10% or greater ownership interest in it.

Petitioner Alaska Airlines, Inc., is a wholly owned subsidiary of Alaska Air Group, Inc., a publicly held corporation. Blackrock, Inc., and The Vanguard Group each own 10% or more of Alaska Air Group, Inc.'s stock. No other publicly held corporation holds 10% or more of Alaska Airlines, Inc.'s or Alaska Air Group, Inc.'s stock.

Petitioner American Airlines, Inc., is a wholly owned subsidiary of American Airlines Group Inc., a publicly held corporation. No other publicly held corporation holds 10% or more of its stock.

Petitioner Delta Air Lines, Inc., is a publicly held corporation. It has no parent corporation, and no other publicly held corporation holds 10% or more of its stock.

Petitioner Hawaiian Airlines, Inc., is a wholly owned subsidiary of Hawaiian Holdings, Inc., a publicly held corporation. No other publicly held corporation holds 10% or more of its stock.

Petitioner JetBlue Airways Corporation is a publicly held corporation. It has no parent corporation, and Blackrock, Inc., and The Vanguard Group each own 10% or more of JetBlue Airways Corporation stock. No other publicly held corporation holds 10% or more of JetBlue Airways Corporation's stock.

Petitioner United Airlines, Inc., is a wholly owned subsidiary of United Airlines Holdings Inc. No other publicly held corporation holds 10% or more of United Airlines, Inc.'s stock.

## II. Respondent

The United States Department of Transportation is an agency of the federal government.

## III. Interested parties

### A. Counsel for Petitioners

Counsel for Petitioners in the litigation are:

- Shay Dvoretzky, Alisha Nanda, Parker Rider-Longmaid, Kyser Blakely, and Nicole Welindt; Skadden, Arps, Slate, Meagher & Flom LLP, for Petitioners Airlines for America, National Air Carrier Association, and International Air Transport Association

- Paul W. Hughes, Andrew A. Lyons-Berg, and Nicole E. Wittstein; McDermott Will & Emery LLP, for Petitioners Airlines for America, National Air Carrier Association, Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corporation, and United Airlines, Inc.

### B. Opposing counsel

Opposing counsel in the litigation are:

- Nicholas S. Crown, U.S. Department of Justice

- Subash S. Iyer; U.S. Department of Transportation

### C. Other interested parties

To counsel's knowledge, there are no additional firms or persons with an interest in the outcome of the litigation.

Dated: June 12, 2024                      */s/ Shay Dvoretzky*
                                          Shay Dvoretzky

                                          *Counsel for Petitioners*
                                          *A4A, NACA, & IATA*

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 46110(a) and Federal Rule of Appellate Procedure 15(a), Petitioners Airlines for America, National Air Carrier Association, International Air Transport Association, Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corporation, and United Airlines, Inc., hereby petition this Court for review of a recently issued Department of Transportation (DOT) regulation, *Enhancing Transparency of Airline Ancillary Service Fees*, 89 Fed. Reg. 34,620 (Apr. 30, 2024) (the Rule), a copy of which is attached as Exhibit A.

The Rule exceeds DOT's statutory authority under 49 U.S.C. § 41712. It also violates the Administrative Procedure Act, which requires a reviewing court to "hold unlawful and set aside agency action, findings, and conclusions" that are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" or "without observance of procedure required by law." 5 U.S.C. § 706(2)(A), (D). Petitioners seek an order vacating and setting aside the Rule.

Petitioners have timely filed this petition fewer than 60 days after DOT issued the Rule on April 30, 2024. *See* 49 U.S.C. § 46110(a). Moreover, this petition serves to amend the petition in *Airlines for America, et al. v.*

*Department of Transportation*, No. 24-60231 (5th Cir.) (filed May 10, 2014, and docketed May 14, 2024), to add the National Air Carrier Association and International Air Transport Association as Petitioners. Venue is proper in this Court, because Petitioner American Airlines has its principal place of business within this Circuit, *see* 49 U.S.C. § 46110(a), and because the petition in No. 24-60231, which likewise was properly filed in this Court based on American Airlines' principal place of business, was the only petition filed challenging the Rule within 10 days of the Rule's issuance, *see* 28 U.S.C. § 2112(a)(1) ("If within ten days after the issuance of the order the agency … receives, from the persons instituting the proceedings, the petition for review with respect to proceedings in only one court of appeals, the agency … shall file the record in that court …."). Finally, and for all these reasons, this case and No. 24-60231 should be consolidated. *See generally id.* § 2112(a).

| | |
|---|---|
| Dated: June 12, 2024 | Respectfully submitted, |
| | /s/ Shay Dvoretzky |
| Alisha Q. Nanda | Shay Dvoretzky |
| SKADDEN, ARPS, SLATE | *Counsel of Record* |
| MEAGHER & FLOM LLP | Parker Rider-Longmaid |
| 500 Boylston Street | Kyser Blakely |
| Boston, MA 02116 | SKADDEN, ARPS, SLATE, |
| | MEAGHER & FLOM LLP |
| Nicole Welindt | 1440 New York Ave., NW |
| SKADDEN, ARPS, SLATE, | Washington, DC 20005 |
| MEAGHER & FLOM LLP | Telephone: 202-371-7000 |
| 525 University Ave. | shay.dvoretzky@skadden.com |
| Palo Alto, CA 94301 | |

*Counsel for Petitioners Airlines for America (A4A), National Air Carrier Association (NACA), and International Air Transport Association (IATA)*

Paul W. Hughes
Andrew A. Lyons-Berg
Nicole E. Wittstein
MCDERMOTT WILL
  & EMERY LLP
500 North Capitol St. NW
Washington, DC 20001

*Counsel for Petitioners A4A, NACA, Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corporation, and United Airlines, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 15(c), I hereby certify that on June 12, 2024, I caused the foregoing Petition for Review to be served upon the office of the General Counsel of the Department of Transportation via email and Federal Express at the following address:

> Office of the General Counsel
> Department of Transportation
> 1200 New Jersey Avenue, SE
> Washington, DC 20590

Dated: June 12, 2024                */s/ Shay Dvoretzky*
                                             Shay Dvoretzky

                                             *Counsel for Petitioners*
                                               *A4A, NACA, & IATA*