No. 24-60231

IN THE

# United States Court of Appeals
## for the Fifth Circuit

---

AIRLINES FOR AMERICA, NATIONAL AIR CARRIER ASSOCIATION
INTERNATIONAL AIR TRANSPORT ASSOCIATION,
ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC.,
DELTA AIR LINES, INC., HAWAIIAN AIRLINES, INC.,
JETBLUE AIRWAYS CORP., UNITED AIRLINES, INC.,

*Petitioners,*

v.

DEPARTMENT OF TRANSPORTATION,

*Respondent,*

---

On Petition for Review of a Final Rule of the
Department of Transportation

---

**CONSENT MOTION FOR LEAVE TO FILE
AMICUS BRIEF IN SUPPORT OF
PETITIONERS' STAY MOTION**

---

| | |
|---|---|
| Jordan L. Von Bokern | Tobias S. Loss-Eaton |
| Mariel A. Brookins | *Counsel of Record* |
| U.S. CHAMBER | Peter A. Bruland |
|   LITIGATION CENTER | SIDLEY AUSTIN LLP |
| 1615 H Street, NW | 1501 K Street, NW |
| Washington, DC 20062 | Washington, DC 20005 |
| | (202) 736-8000 |
| | tlosseaton@sidley.com |
| | |
| June 17, 2024 | *Counsel for Amicus Curiae* |

# CERTIFICATE OF INTERESTED PERSONS

Undersigned counsel certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

### A.   Petitioners

> Airlines for America
> National Air Carrier Association
> International Air Transport Association
> Alaska Airlines, Inc.
> American Airlines, Inc.
> Delta Air Lines, Inc.
> Hawaiian Airlines, Inc.
> JetBlue Airways Corp.
> United Airlines, Inc.

### B.   Attorneys for Petitioners

> Shay Dvoretzky
> Alisha Q. Nanda
> Parker Rider-Longmaid
> Kyser Blakely
> Nicole Welindt
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>
> Paul W. Hughes
> Andrew A. Lyons-Berg
> Nicole E. Wittstein
> MCDERMOTT WILL & EMERY LLP

**C.    Respondent**

    United States Department of Transportation

**D.    Attorneys for Respondent**

    Nicholas S. Crown
    Michael Raab
    Subash S. Iyer

**E.    Amicus Curiae**

    The Chamber of Commerce of the United States of America

**F.    Attorneys for Amicus Curiae**

    Tobias S. Loss-Eaton
    Peter A. Bruland
    SIDLEY AUSTIN LLP

    Jordan L. Von Bokern
    Mariel A. Brookins
    U.S. CHAMBER LITIGATION CENTER

**G.    Federal Rule of Appellate Procedure 26.1**

The Chamber of Commerce of the United States of America is a nonprofit, tax-exempt organization incorporated in the District of Columbia. It has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

| | |
|---|---|
| June 17, 2024 | */s/ Tobias S. Loss-Eaton* <br> Tobias S. Loss-Eaton <br> *Counsel for Amicus Curiae* |

## CONSENT MOTION FOR LEAVE TO FILE AMICUS BRIEF

1. On June 14, 2024, Petitioners asked this Court to stay the Department of Transportation's ancillary-fee rule pending judicial review. *See* ECF No. 31. The Chamber of Commerce of the United States of America seeks leave to file the accompanying amicus brief in support of Petitioners' motion. *See* Fifth Cir. R. 29.1.

2. The Chamber represents approximately 300,000 members and indirectly represents the interests of more than three million companies and professional organizations. It regularly files amicus briefs in this Court in cases that concern the nation's business community. *E.g.* Br. of Amicus Curiae, *Nat'l Ass'n of Private Fund Managers v. SEC*, No. 23-60471 (5th Cir.), ECF No. 46; Br. of Amicus Curiae, *Intuit, Inc. v. FTC*, No. 24-60040 (5th Cir.), ECF No. 69.

3. The Chamber has a substantial interest in this case because the Department's rule would impose substantial compliance costs on many of its members. Given that burden, the Chamber agrees that the rule should be stayed while this case is pending.

4. The proposed amicus brief addresses an important threshold question: whether Congress authorized the Department to issue this rule

in the first place. The Department adopted the rule "pursuant to its statutory authority in 49 U.S.C. § 41712." Final Rule, *Enhancing Transparency of Airline Ancillary Service Fees*, 89 Fed. Reg. 34,620, 34,627 (Apr. 30, 2024). But as the accompanying amicus brief explains, section 41712's text, context, and history all confirm that Congress granted the Department only adjudicatory authority—not the authority to issue regulations carrying the force of law.

6.　　Briefing on the Department's statutory authority will help the Court decide whether to stay the rule. As the Supreme Court has explained, any exercise of rulemaking authority "must be rooted in a grant of such power by the Congress and subject to limitations which that body imposes." *Chrysler Corp. v. Brown*, 441 U.S. 281, 302 (1979). If the rule exceeds the Department's statutory authority, the Petitioners will likely succeed on the merits of their challenge.

7.　　This Court has previously accepted amicus briefs at the motion-to-stay stage. *See, e.g.*, *Braidwood Mgmt. v. Becerra*, No. 23-10326 (5th Cir.), ECF Nos. 54-2, 74-2 (granting leave for several such briefs).

8.　　All parties have consented to the filing of the proposed amicus brief.

## CONCLUSION

The Court should grant this motion and accept the Chamber's brief.

Respectfully submitted,

*/s/ Tobias S. Loss-Eaton*

| | |
|---|---|
| Jordan L. Von Bokern | Tobias S. Loss-Eaton |
| Mariel A. Brookins | *Counsel of Record* |
| U.S. CHAMBER | Peter A. Bruland |
|   LITIGATION CENTER | SIDLEY AUSTIN LLP |
| 1615 H Street, NW | 1501 K Street, NW |
| Washington, DC 20062 | Washington, DC 20005 |
| | (202) 736-8000 |
| | tlosseaton@sidley.com |

June 17, 2024

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system. Notice will be sent to all CM/ECF-registered counsel.

*/s/ Tobias S. Loss-Eaton*
Tobias S. Loss-Eaton

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Petitioners and Respondent regarding this motion. Both parties consented to its filing.

*/s/ Tobias S. Loss-Eaton*
Tobias S. Loss-Eaton

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2) of the Federal Rules of Appellate Procedure and Fifth Circuit Rule 27.4 because it contains 395 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 27(d)(2). The motion complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

June 17, 2024　　　　　　　　　　　　*/s/ Tobias S. Loss-Eaton*
　　　　　　　　　　　　　　　　　　Tobias S. Loss-Eaton