# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111

———

TEL: (202) 371-7000

FAX: (202) 393-5760

www.skadden.com

DIRECT DIAL
(202) 371-7370
DIRECT FAX
(202) 661-2370
EMAIL ADDRESS
SHAY.DVORETZKY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 8, 2024

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

    RE:  *Airlines for America et al. v. Department of Transportation*, No. 24-60231: Notice of petition challenging the same Rule, *Spirit Airlines, Inc. v. United States Department of Transportation*, No. 24-12121 (11th Cir.), and thus requiring transfer to this Court under 28 U.S.C. § 2112(a)(5)

Dear Mr. Cayce:

      On June 28, 2024, Spirit Airlines, Inc., filed the petition, attached here as Exhibit A, before the Eleventh Circuit for review of the same rule petitioners challenge here, *Enhancing Transparency of Airline Ancillary Service Fees*, 89 Fed. Reg. 34,620 (Apr. 30, 2024) (the Rule). By statute, the Department of Transportation must file the record, and litigation will proceed, before this Court, where the first petition (and only petition within the first ten days of the Rule's issuance) was filed. *See* 28 U.S.C. § 2112(a)(1). The Eleventh Circuit, in turn, "shall transfer" Spirit's petition to this Court, *id.* § 2112(a)(5). We have sent the Eleventh Circuit a letter, attached here as Exhibit B, notifying the Eleventh Circuit of the prior proceedings before this Court.

- 1 -

Respectfully,

Shay Dvoretzky

*Counsel for Petitioners Airlines for America, International Air Transport Association, & National Air Carrier Association*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 8, 2024                     */s/ Shay Dvoretzky*

                                                                         Shay Dvoretzky

**EXHIBIT A**

No. 24-_____

# In the
# United States Court of Appeals
# For the Eleventh Circuit

Spirit Airlines, Inc.,

*Petitioner*,

— v. —

United States Department of Transportation

*Respondent*.

**PETITION FOR REVIEW**

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Counsel for Petitioner certifies that the following is a complete list of interested persons and entities as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Local Rule 26.1-1:

Crowell, Donald L., Attorney for Petitioner

Iyer, Subash, Attorney for Respondent

Kirstein, David M., Attorney for Petitioner

Spirit Airlines, Inc. (SAVE), Petitioner

U.S. Department of Transportation, Respondent

Young, Joanne W., Attorney for Petitioner

Petitioner Spirit Airlines, Inc. is a publicly traded corporation with its stock publicly listed under the ticker "SAVE". It has no parent corporation. No publicly held corporation holds 10% or more of its stock.

PETITION FOR REVIEW

Under 49 U.S.C. § 46110(a) and Rule 15(a) of the Federal Rules of Appellate Procedures, Spirit Airlines, Inc. (Spirit) hereby petitions this Court for review of the final rule issued by Department of Transportation (the Department), entitled:

> *Enhancing Transparency of Airline Ancillary Service Fees*, 89 Fed. Reg. 34,620 (Apr. 30, 2024) (the Final Rule).

A copy of the Final Rule is attached hereto as **Exhibit A.**

Spirit seeks review of the Final Rule on the grounds that it exceeds the Department's statutory authority, violates the First Amendment to the United States Constitution, and it is otherwise arbitrary, capricious, an abuse of discretion, and otherwise contrary to law. Spirit seeks an order vacating and setting aside the Final Rule.

Venue is proper in this court pursuant to 49 U.S.C. § 46110(a) because Spirit has its principal place of business within the Eleventh Circuit.

1

Dated: June 28, 2024                    Respectfully submitted,

*[signature: Joanne W. Young]*

Joanne W. Young
jyoung@yklaw.com
David M. Kirstein
dkirstein@yklaw.com
Donald L. Crowell
dcrowell@yklaw.com
**Kirstein & Young PLLC**
1750 K Street NW, Suite 700
Washington, DC  20006
Phone: (202) 331-3348
Fax: (202) 331-3933

*Counsel for Petitioner*

2

CERTIFICATE OF SERVICE

I certify that, on June 28, 2024, I electronically filed the foregoing Petition for Review with the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system.

I further certify that pursuant to Fed. R. App. P. 15(c), I caused the foregoing Petition for Review to be served upon the Department of Transportation, Office of General Counsel by Federal Express and Electronic Mail, addressed as follows:

Subash Iyer
Acting General Counsel
Office of the General Counsel
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Dated: June 28, 2024

*Donald S. Crowell*

Donald L. Crowell
Kirstein & Young PLLC
1750 K Street NW, Suite 700
Washington, DC 20006
Phone: (202) 331-3348
Fax: (202) 331-3933

*Counsel for Petitioner*

**EXHIBIT B**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
(202) 371-7370
DIRECT FAX
(202) 661-2370
EMAIL ADDRESS
SHAY.DVORETZKY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 8, 2024

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
Elbert P. Tuttle Courthouse
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

> RE: *Spirit Airlines, Inc. v. United States Department of Transportation*, No. 24-12121 (11th Cir.): Notice of petition challenging the same rule filed earlier before the Fifth Circuit in *Airlines for America et al. v. Department of Transportation*, No. 24-60231 (5th Cir.), and thus requiring transfer of this case to the Fifth Circuit under 28 U.S.C. § 2112(a)(5)

Dear Mr. Smith:

We represent the Petitioners (the Airlines) before the Fifth Circuit in *Airlines for America et al. v. Department of Transportation*, No. 24-60231 (5th Cir.). In that litigation, the Airlines challenge the same rule that Spirit Airlines, Inc., challenges here, *Enhancing Transparency of Airline Ancillary Service Fees*, 89 Fed. Reg. 34,620 (Apr. 30, 2024) (Rule). The Airlines thus write to notify this Court that by statute it "shall transfer" this case (*Spirit Airlines, Inc. v. United States Department of Transportation*, No. 24-12121) to the Fifth Circuit. 28 U.S.C. § 2112(a)(5).

When only one petition for review of an agency rule is filed within the first ten days after issuance of the rule, the agency "shall file the record in that court." *Id.* § 2112(a)(1). If no petition is filed within the ten-day window,

the agency "shall file the record in the court in which proceedings with respect to the order were first instituted." *Id.* Then, "[a]ll courts in which proceedings are instituted with respect to the same order, other than the court in which the record is filed … , shall transfer those proceedings to the court in which the record is so filed." *Id.* § 2112(a)(5). In other words, any later-filed petitions must be transferred to the court of appeals in which the first petition was filed.

Here, the Airlines first petitioned for review of the Rule on May 10, 2024 (docketed May 14, 2024), and then filed another petition adding additional petitioners on June 12 (docketed June 13, 2024). The Airlines have since sought a stay of the Rule because it exceeds the Department of Transportation's authority and is unlawful under the Administrative Procedure Act; the stay motion has been fully briefed by both sides since July 1, 2024. The May 10 petition was the first and only petition filed within the first ten days of issuance of the Rule on April 30, 2024. Accordingly, the Department of Transportation must file the record in the Fifth Circuit (the record is currently due July 23, 2024), *id.* § 2112(a)(1), and this Court "shall transfer" Spirit Airlines' petition to the Fifth Circuit, *id.* § 2112(a)(5).

The Airlines will file a copy of this letter as an exhibit to a corresponding letter to be filed before the Fifth Circuit.

| | |
|---|---|
| Dated: July 8, 2024 | Respectfully submitted, |
| | /s/ Shay Dvoretzky |
| Alisha Q. Nanda | Shay Dvoretzky |
| SKADDEN, ARPS, SLATE | *Counsel of Record* |
|   MEAGHER & FLOM LLP | Parker Rider-Longmaid |
| 500 Boylston Street | Kyser Blakely |
| Boston, MA 02116 | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| Nicole Welindt | 1440 New York Ave., NW |
| SKADDEN, ARPS, SLATE, | Washington, DC 20005 |
|   MEAGHER & FLOM LLP | Telephone: 202-371-7000 |
| 525 University Ave. | shay.dvoretzky@skadden.com |
| Palo Alto, CA 94301 | |

*Counsel for Petitioners Airlines for America (A4A), National Air Carrier Association (NACA), and International Air Transport Association (IATA), in* Airlines for America et al. v. Department of Transportation, *No. 24-60231 (5th Cir. filed May 10, 2024)*

Paul W. Hughes
Andrew A. Lyons-Berg
Nicole E. Wittstein
MCDERMOTT WILL
  & EMERY LLP
500 North Capitol St. NW
Washington, DC 20001

*Counsel for Petitioners A4A, NACA, Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corporation, and United Airlines, Inc., in* Airlines for America et al. v. Department of Transportation*, No. 24-60231 (5th Cir. filed May 10, 2024)*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I caused copies of this document to be served on the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit, as well as counsel for Spirit Airlines, Inc., and the U.S. Department of Transportation by email and FedEx.

Dated: July 8, 2024                                                   */s/ Shay Dvoretzky*

                                                                                Shay Dvoretzky