# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 23, 2024

Mr. Kyser Blakely  
Skadden, Arps, Slate, Meagher & Flom, L.L.P.  
1440 New York Avenue, N.W.  
Washington, DC 20005

Mr. Shay Dvoretzky  
Skadden, Arps, Slate, Meagher & Flom, L.L.P.  
1440 New York Avenue, N.W.  
Washington, DC 20005

Mr. Paul Whitfield Hughes III  
McDermott Will & Emery, L.L.P.  
500 N. Capitol Street, N.W.  
McDermott Building  
Washington, DC 20001

Mr. Andrew Lyons-Berg  
McDermott Will & Emery, L.L.P.  
500 N. Capitol Street, N.W.  
McDermott Building  
Washington, DC 20001

Ms. Alisha Nanda  
Skadden, Arps, Slate, Meagher & Flom, L.L.P.  
500 Boylston Street  
Boston, MA 02116

Mr. Parker Andrew Rider-Longmaid  
Skadden, Arps, Slate, Meagher & Flom, L.L.P.  
1440 New York Avenue, N.W.  
Washington, DC 20005

Ms. Nicole Welindt  
Skadden, Arps, Slate, Meagher & Flom, L.L.P.  
525 University Avenue  
Palo Alto, CA 94301

    No. 24-60231   Airlines for Amer v. Dept of Trans  
                     Agency No. 89 Fed. Reg. 34,620

Dear Mr. Blakely, Mr. Dvoretzky, Mr. Hughes, Mr. Lyons-Berg, Ms. Nanda, Mr. Rider-Longmaid, Ms. Welindt,

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See Fed. R. App. P. and 5th Cir. R. 28, 30 and 31. Except in the most extraordinary circumstances, the maximum extension for filing briefs is 40 days in agency cases. See also Fed. R. App. P. 30.1.2 and Fed. R. App. P. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also Fed. R. App. P. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf". An intervenor's time is governed by Fed. R. App. P. 31.2. Fed. R. App. P. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see Fed. R. App. P. 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

                              LYLE W. CAYCE, Clerk

                              /s/ Rebecca Andry
                              By: _____
                              Rebecca Andry, Deputy Clerk
                              504-310-7638

Enclosure(s)

cc w/encl:
    Mr. Nicholas S. Crown
    Mr. Paul Maitland Geier
    Mr. Reginald C. Govan
    Mr. Subash S. Iyer
    Mr. Michael S. Raab
    Mr. David Tochen
    Mr. Martin Vincent Totaro

Case No. 24-60231

Airlines for America; Alaska Airlines, Incorporated; American Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian Airlines, Incorporated; Jetblue Airways Corporation; United Airlines, Incorporated; National Air Carrier Association; International Air Transport Association,

        Petitioners

v.

Department of Transportation,

        Respondent