# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 31, 2024

Mr. Shay Dvoretzky
Mr. Parker Andrew Rider-Longmaid
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
1440 New York Avenue, N.W.
Washington, DC 20005

Mr. Paul Whitfield Hughes III
Mr. Andrew Lyons-Berg
McDermott Will & Emery, L.L.P.
500 N. Capitol Street, N.W.
McDermott Building
Washington, DC 20001

Mr. Joanne W. Young
Kirstein & Young, P.L.L.C.
1750 K Street, N.W.
Suite 700
Washington, DC 20006

No. 24-60231 c/w 24-60373

Airlines for Amer v. Dept of Trans
USDC No. 89 Fed. Reg. 34,620
USDC No. 89 Fed. Reg. 34,620

Dear Counsel,

Please be advised this case has been consolidated and briefing has been suspended.

Attached is a revised case caption, which should be used on all future filings in the lead case 24-60231.

Sincerely,

　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　*Roeshawn Johnson*
　　　　　　　　　　　　By: _____
　　　　　　　　　　　　Roeshawn Johnson, Deputy Clerk
　　　　　　　　　　　　504-310-7998

cc:　Mr. Kyser Blakely
　　　Mr. Pete Buttigieg
　　　Mr. Donald Lee Crowell III
　　　Mr. Nicholas S. Crown
　　　Mr. Paul Maitland Geier
　　　Mr. Reginald C. Govan
　　　Mr. Subash S. Iyer
　　　Mr. David Kirstein
　　　Ms. Alisha Nanda
　　　Mr. Michael S. Raab
　　　Mr. David Tochen
　　　Mr. Martin Vincent Totaro
　　　Ms. Nicole Welindt

Case No. 24-60231

Airlines for America; Alaska Airlines, Incorporated; American Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian Airlines, Incorporated; Jetblue Airways Corporation; United Airlines, Incorporated; National Air Carrier Association; International Air Transport Association,

    Petitioners

v.

Department of Transportation,

    Respondent

consolidated with

---

No. 24-60373

---

Spirit Airlines, Incorporated,

    Petitioner

v.

United States Department of Transportation,

    Respondent