# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 31, 2024


Mr. Shay Dvoretzky
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
1440 New York Avenue, N.W.
Washington, DC 20005

Mr. Paul Whitfield Hughes III
McDermott Will & Emery, L.L.P.
500 N. Capitol Street, N.W.
McDermott Building
Washington, DC 20001

Mr. Parker Andrew Rider-Longmaid
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
1440 New York Avenue, N.W.
Washington, DC 20005


Mr. Joanne W. Young
Kirstein & Young, P.L.L.C.
1750 K Street, N.W.
Suite 700
Washington, DC 20006


     No. 24-60231 c/w 24-60373

     Airlines for Amer v. Dept of Trans
     Agency No. 89 Fed. Reg. 34,620


Dear Counsel,

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS
ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See Fed. R. App. P.
and 5th Cir. R. 28, 30 and 31. Except in the most extraordinary
circumstances, the maximum extension for filing briefs is 40 days
in agency cases. See also Fed. R. App. P. 30.1.2 and Fed. R. App.
P. 31.1 to determine if you have to file electronic copies of the
brief and record excerpts, and the Portable Document Format (PDF)
you MUST use. See also Fed. R. App. P. 30.1 for the contents of
the Record Excerpts which are filed instead of an appendix. You
may access our briefing checklist on the Fifth Circuit's website
"http://www.ca5.uscourts.gov/docs/

default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf".  An intervenor's time is governed by Fed. R. App. P. 31.2.  Fed. R. App. P. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see Fed. R. App. P. 30.2.  Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

Brief Template:  The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief.  To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:**  Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding.  It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Roeshawn Johnson*
                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Enclosure(s)

cc w/encl:
      Mr. Kyser Blakely
      Mr. Donald Lee Crowell III
      Mr. Nicholas S. Crown
      Mr. Paul Maitland Geier
      Mr. Reginald C. Govan
      Mr. Subash S. Iyer
      Mr. David Kirstein
      Mr. Andrew Lyons-Berg
      Ms. Alisha Nanda
      Mr. Michael S. Raab

Mr. David Tochen
Mr. Martin Vincent Totaro
Ms. Nicole Welindt

Airlines for America; Alaska Airlines, Incorporated; American
Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian
Airlines, Incorporated; Jetblue Airways Corporation; United
Airlines, Incorporated; National Air Carrier Association;
International Air Transport Association,

                    Petitioners

v.

Department of Transportation,

                    Respondent

consolidated with

‾‾‾‾‾‾‾‾‾‾

No. 24-60373

‾‾‾‾‾‾‾‾‾‾

Spirit Airlines, Incorporated,

                    Petitioner

v.

United States Department of Transportation,

                    Respondent