# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 02, 2024

Mr. Peter Bruland
Sidley Austin, L.L.P.
1501 K Street, N.W.
Suite 600
Washington, DC 20005

    No. 24-60231   Airlines for Amer v. Dept of Trans
                     USDC No. 89 Fed. Reg. 34,620

Dear Mr. Bruland,

We received your attorney appearance form. Because it was filed prematurely, we are taking no action on this document.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638

cc:
    Mr. Kyser Blakely
    Mr. Nicholas S. Crown
    Mr. Shay Dvoretzky
    Mr. Paul Maitland Geier
    Mr. Reginald C. Govan
    Mr. Paul Whitfield Hughes III
    Mr. Subash S. Iyer
    Mr. Andrew Lyons-Berg
    Ms. Alisha Nanda
    Mr. Michael S. Raab
    Mr. Parker Andrew Rider-Longmaid
    Mr. David Tochen
    Mr. Martin Vincent Totaro
    Ms. Nicole Welindt