# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 02, 2024

Mr. Tobias S. Loss-Eaton
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

    No. 24-60231   Airlines for Amer v. Dept of Trans
                    USDC No. 89 Fed. Reg. 34,620

Dear Mr. Loss-Eaton,

We received your attorney appearance form.  Because it was filed prematurely, we are taking no action on this document.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      *Rebecca Andry*
                      By: _____
                      Rebecca Andry, Deputy Clerk
                      504-310-7638

cc:
    Mr. Kyser Blakely
    Mr. Nicholas S. Crown
    Mr. Shay Dvoretzky
    Mr. Paul Maitland Geier
    Mr. Reginald C. Govan
    Mr. Paul Whitfield Hughes III
    Mr. Subash S. Iyer
    Mr. Andrew Lyons-Berg
    Ms. Alisha Nanda
    Mr. Michael S. Raab
    Mr. Parker Andrew Rider-Longmaid
    Mr. David Tochen
    Mr. Martin Vincent Totaro
    Ms. Nicole Welindt