# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 09, 2024

Mr. Tobias S. Loss-Eaton
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

    No. 24-60231    Airlines for Amer v. Dept of Trans
                          Agency No. 89 Fed. Reg. 34,620
                          Agency No. 89 Fed. Reg. 34,620

Dear Mr. Loss-Eaton,

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Majella A. Sutton, Deputy Clerk
                                          504-310-7680

cc:
    Mr. Kyser Blakely
    Mr. Donald Lee Crowell III
    Mr. Nicholas S. Crown
    Mr. Shay Dvoretzky
    Mr. Paul Maitland Geier
    Mr. Reginald C. Govan
    Mr. Paul Whitfield Hughes III
    Mr. Subash S. Iyer
    Mr. David Kirstein
    Mr. Andrew Lyons-Berg
    Ms. Alisha Nanda
    Mr. Michael S. Raab

```
Mr. Parker Andrew Rider-Longmaid
Mr. David Tochen
Mr. Martin Vincent Totaro
Ms. Nicole Welindt
Ms. Joanne W. Young
```