# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

No. 24-60231

───────────

Airlines for America; Alaska Airlines, Incorporated;
American Airlines, Incorporated; Delta Air Lines,
Incorporated; Hawaiian Airlines, Incorporated;
Jetblue Airways Corporation; United Airlines,
Incorporated; National Air Carrier Association;
International Air Transport Association,

*Petitioners,*

*versus*

Department of Transportation,

*Respondent,*

consolidated with

───────────

No. 24-60373

───────────

Spirit Airlines, Incorporated,

*Petitioner,*

*versus*

United States Department of Transportation,

*Respondent.*

_____

Petition for Review from an Order of the
Department of Transportation, National Transportation Safety Board
Agency No. 89 Fed. Reg. 34,620
Agency No. 89 Fed. Reg. 34,620
_____

ORDER:

IT IS ORDERED that Respondent's opposed motion to consolidate petitioners' and intervenor's briefs in this case so that they are required to file a single joint brief not exceeding 13, 000 words is DENIED.

IT IS FURTHER ORDERED that Respondent's opposed motion to file a single joint petitioners' reply brief not exceeding 6,500 words is DENIED.

*Leslie H. Southwick*

_____
Leslie H. Southwick
*United States Circuit Judge*