# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 16, 2024

Lyle W. Cayce
Clerk

————————

No. 24-60231

————————

Airlines for America; Alaska Airlines, Incorporated;
American Airlines, Incorporated; Delta Air Lines,
Incorporated; Hawaiian Airlines, Incorporated;
Jetblue Airways Corporation; United Airlines,
Incorporated; National Air Carrier Association;
International Air Transport Association,

*Petitioners*,

*versus*

Department of Transportation,

*Respondent*,

consolidated with

————————

No. 24-60373

————————

Spirit Airlines, Incorporated,

*Petitioner*,

*versus*

United States Department of Transportation,

*Respondent.*

No. 24-60231
c/w No. 24-60373

_____

Petition for Review from an Order of the
Department of Transportation, National Transportation Safety Board
Agency No. 89 Fed. Reg. 34,620
Agency No. 89 Fed. Reg. 34,620

_____

ORDER:

IT IS ORDERED that Respondent's unopposed motion to file a single response brief in excess of the word count not to exceed 26,0000 words is GRANTED.

*Leslie H. Southwick*

_____

LESLIE H. SOUTHWICK
*United States Circuit Judge*