# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

August 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 24-60231   Airlines for Amer v. Dept of Trans
              Agency No. 89 Fed. Reg. 34,620
              Agency No. 89 Fed. Reg. 34,620

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Mr. Kyser Blakely
Mr. Peter Bruland
Mr. Pete Buttigieg
Mr. Donald Lee Crowell III
Mr. Nicholas S. Crown
Mr. Shay Dvoretzky
Mr. Paul Maitland Geier
Mr. Reginald C. Govan
Mr. Paul Whitfield Hughes III
Mr. Subash S. Iyer
Mr. David Kirstein
Mr. Tobias S. Loss-Eaton
Mr. Andrew Lyons-Berg
Ms. Alisha Nanda
Mr. Michael S. Raab
Mr. Parker Andrew Rider-Longmaid
Mr. David Tochen
Mr. Martin Vincent Totaro
Ms. Nicole Welindt
Ms. Joanne W. Young