

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7525
Washington, DC 20530

Tel: (202) 514-5048

January 17, 2025

VIA ECF

Lyle W. Cayce
United States Court of Appeals
Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE: *Airlines for America v. DOT* (No. 24-60231);
*Spirit Airlines v. DOT* (No. 24-60373)

Dear Mr. Cayce,

Consistent with guidance from the Clerk's office, I write this letter to request that I be removed from these cases as co-counsel for the government because I will be leaving the Department of Justice.

Sincerely,

/s/ *Martin Totaro*
Martin Totaro

cc (via CM/ECF): Counsel of Record