# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 6, 2025
Lyle W. Cayce
Clerk

No. 24-60231

Airlines for America; Alaska Airlines, Incorporated; American Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian Airlines, Incorporated; JetBlue Airways Corporation; United Airlines, Incorporated; National Air Carrier Association; International Air Transport Association,

*Petitioners,*

*versus*

Department of Transportation,

*Respondent,*

consolidated with

No. 24-60373

Spirit Airlines, Incorporated,

*Petitioner,*

*versus*

United States Department of Transportation,

*Respondent.*

No. 24-60231
c/w No. 24-60373

_____

Petition for Review from an Order of the
Department of Transportation
Agency No. 89 Fed. Reg. 34,620

_____

ORDER:

IT IS ORDERED that Respondent's opposed motion to stay the briefing schedule is DENIED.

    /s/ Jennifer Walker Elrod
Jennifer Walker Elrod
*Chief Judge*