# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 06, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60231   Airlines for Amer v. Dept of Trans
                  Agency No. 89 Fed. Reg. 34,620
                  Agency No. 89 Fed. Reg. 34,620

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: /s/ Rebecca Andry
                  Rebecca Andry, Deputy Clerk
                  504-310-7638

Mr. Peter Bruland
Mr. Donald Lee Crowell III
Mr. Nicholas S. Crown
Mr. Shay Dvoretzky
Mr. John Parker Erkmann
Mr. Paul Maitland Geier
Mr. Reginald C. Govan
Mr. Paul Whitfield Hughes III
Mr. Subash Subramanian Iyer
Mr. David Kirstein
Mr. Tobias S. Loss-Eaton
Mr. Andrew Lyons-Berg
Mr. Steven Marcus
Ms. Alisha Nanda
Mr. Michael S. Raab
Mr. Parker Andrew Rider-Longmaid
Mr. Mark Samburg
Mr. Brian James Springer
Mr. Michael Tetreault
Mr. David Tochen
Ms. Joanne W. Young