# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 3, 2026

Lyle W. Cayce
Clerk

————————

No. 24-60231

————————

Airlines for America; Alaska Airlines, Incorporated; American Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian Airlines, Incorporated; Jetblue Airways Corporation; United Airlines, Incorporated; National Air Carrier Association; International Air Transport Association,

*Petitioners*,

*versus*

Department of Transportation,

*Respondent*,

consolidated with

————————

No. 24-60373

————————

Spirit Airlines, Incorporated,

*Petitioner*,

*versus*

United States Department of Transportation,

*Respondent*.

No. 24-60231
c/w No. 24-60373

———————————————————

Petitions for Review from an Order of the
Department of Transportation,
Agency No. 89 Fed. Reg. 34,620

———————————————————

## JUDGMENT ON REHEARING EN BANC

Before ELROD, *Chief Judge,* and JONES, SMITH, STEWART, RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*.

This cause was considered on the review of orders of the Department of Transportation and was argued by counsel.

IT IS ORDERED and ADJUDGED that the Rule is VACATED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

HAYNES, *Circuit Judge*, joined by SOUTHWICK and DOUGLAS, *Circuit Judges*, concurring.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Mar 27, 2026**

**Attest:**  *Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**